# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

WENDY CAMLIN,

      Petitioner

      v.

THE OFFICE OF THE COMMISSIONER OF BASEBALL, D/B/A MAJOR LEAGUE BASEBALL; PITTSBURGH ASSOCIATES, LP, D/B/A THE PITTSBURGH PIRATES; SPORTS AND EXHIBITION AUTHORITY OF PITTSBURGH AND ALLEGHENY COUNTY,

      Respondents

      v.

PROMATS ATHLETICS, LLC,

      Respondent

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 250 WAL 2020

Petition for Allowance of Appeal
from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.